Daniel PORCELLINI, Petitioner,

v.

INTERNATIONAL MANAGEMENT CON-
SULTANTS, INC. and Granite Run Mall
and Equitable Life Assurance Society,
Ind. and t/a Granite Run Mall and Gran-
ite Run Mall, Inc. and Roman Mosaic &
Tile Company, U.S. Dismantlement &
R.C. Company, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Richard Glassman, Philadelphia, for peti-
tioner.

### ORDER

PER CURIAM:

AND NOW this 29th day of October, 1997,
the Petition for Allowance of Appeal is
GRANTED. This matter is REMANDED
to the trial court for further proceedings in
accordance with this Court's recent decision
in *Cheeseman v. Lethal Exterminator, Inc.*,
—— Pa. ——, 701 A.2d 156 (1997).

Henry F. HOFMANN, Petitioner,

v.

ACME MARKETS, INC., American Stores
Co., William Bailey, William Vandell,
John Mathison, Martin A. Scholtens,
John Tucker, Andrea R. Kramer, and
Anthony Paternoster, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Harold I. Goodman, James F. Mundy,
Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997,
the Petition for Allowance of Appeal is
GRANTED. This matter is REMANDED
to the trial court for further proceedings in
accord with this Court's recent decision in
*Cheeseman v. Lethal Exterminator, Inc.*, ——
Pa. ——, 701 A.2d 156 (1997).